[No. 12064–6–I. Division One. December 12, 1983.]

THE STATE OF WASHINGTON, *Respondent,* v. DAVID
A. FORTIN, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 82–1–01040–1, Philip Y. Killien, J. Pro Tem.,
entered July 8, 1982. *Affirmed* by unpublished opinion per
Williams, J., concurred in by Swanson and Callow, JJ.

[No. 12093–0–I. Division One. December 12, 1983.]

*In the Matter of* JASON THOMAS LOW.

THERESA R. LOW, *Appellant,* v. THE DEPARTMENT OF
SOCIAL AND HEALTH SERVICES, *Respondent.*

Appeal from a judgment of the Superior Court for King
County, No. 82–7–00469–1, Liem E. Tuai, J., entered July
9, 1982. *Affirmed* by unpublished opinion per Williams, J.,
concurred in by Andersen, C.J., and Swanson, J.

[No. 12590–7–I. Division One. December 12, 1983.]

NOBIE CHAN, ET AL, *Appellants,* v. LEE V.
DARBOUS, *Respondent.*

Appeal from a judgment of the Superior Court for King
County, No. 79–2–08032–2, David W. Soukup, J., entered
November 23, 1982. *Affirmed* by unpublished opinion per
Williams, J., concurred in by Andersen, C.J., and Durham,
J.